**Order filed April 2, 2020**



# In The

# Eleventh Court of Appeals

_____

## No. 11-19-00258-CR

_____

## RANDY SHAWN HOBBS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause No. 25287**

### O R D E R

Appearing pro se, Randy Shawn Hobbs appeals his conviction for bail jumping and failure to appear. Appellant has filed numerous motions seeking to have this court take judicial notice of various facts, the most recent of which was Appellant's fourth motion filed on March 30, 2020, wherein he asks the court to take judicial notice that the prosecutor has committed aggravated perjury.[1]

---

[1]The court expresses no opinion concerning the veracity of Appellant's accusations against the prosecutor.

While an appellate court is entitled to take judicial notice in certain situations, the decision of an appellate court to take judicial notice is discretionary. *Watkins v. State*, 245 S.W.3d 444, 456 (Tex. Crim. App. 2008). Rule 201 of the Texas Rules of Evidence governs a court taking judicial notice of adjudicative facts. *See* TEX. R. EVID. 201. Rule 201(b) provides that a court may take judicial notice of "a fact that is not subject to reasonable dispute." The facts that Appellant seeks for this court to take judicial notice of do not fall into this category because they are obviously disputed by the State. Additionally, this court declines to exercise its discretionary authority to take judicial notice as requested by Appellant.

Appellant's fourth motion to take judicial notice is denied.


PER CURIAM


April 2, 2020

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[2]

Willson, J., not participating.

---

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.